**IT IS SO ORDERED.**

s/*Pamela A. Barker*
**PAMELA A. BARKER,**
**U.S. DISTRICT JUDGE**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| ALICE JONES, | ) | CASE NO:  1:22-cv-01046 |
| | ) | |
| Plaintiff, | ) | JUDGE PAMELA A. BARKER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | JONATHAN D. GREENBERG |
| SUNSET MANOR HEALTHCARE GROUP, INC., | ) ) ) | |
| Defendant. | ) ) | |

## STIPULATED MOTION FOR
## DISMISSAL WITH PREJUDICE

Upon agreement of the Parties and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff, Alice Jones ("Plaintiff"), and Defendant, Sunset Manor Healthcare Group, Inc. ("Defendant") (Plaintiff and Defendant collectively, the "Parties"), hereby move the Court to enter an Order dismissing this matter and all claims with prejudice.  The Parties agree that they will each pay their own costs and attorneys' fees.  The Parties further agree and request that the Court enter an Order retaining jurisdiction over the Parties' settlement of this matter to the extent applicable and necessary.